# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria De Jesus Sandoval,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:20-cv-09730-CAS-SHK<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND FOUR HUNDRED AND THIRTEEN DOLLARS AND 34/100 ($4,413.34) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 1/19/2022                           _____
                                          HON. SHASHI H. KEWALRAMANI
                                          UNITED STATES MAGISTRATE JUDGE